

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00006-CR

Brandon Lee **RICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13170CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice (not participating)
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

On May 13, 2019, appellant filed a number of pro se documents, which we construe as a motion for rehearing. Our opinion in this appeal issued on April 25, 2018, and this court's plenary power to consider any relief sought by appellant expired sixty days thereafter. *See* TEX. R. APP. P. 19.1(a). Accordingly, appellant's motion is **DISMISSED FOR LACK OF JURISDICTION**.

It is so **ORDERED** on May 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court